IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  Date: December 15, 2009
Court Reporter: Paul Zuckerman
Interpreter: Susana Cahill

Criminal Action No. 09-cr-00334-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | Wyatt Angelo |
| Plaintiff, | |
| v. | |
| 1.  SALVADOR VERA-FIGUEROA, a/k/a Salvador Figueroa-Mendoza, | |
| 2.  EMANUEL PIMINTEL, | |
| 3.  MARTIN PIMINTEL, | |
| 4.  ROSALIE AIDE QUIJADA, | |
| 5.  TIBURCIO DELGADILLO-MARTINEZ, a/k/a "Tibu" | Robert Pepin |
| 6.  SALVADOR DELGADILLO-ALVAREZ, | Michael Root |
| 7.  ARACELI TOPETE, a/k/a "Shelly" | |
| 8.  LUCIO TOPETE-HERNANDEZ, | |
| 9.  DANIEL VELAZQUEZ-GUERRERO, | |
| 10. JUSTIN SKIPSKI, | Jeralyn Merritt |
| 11. JORGE ROSALES-ACEVEDO, | Kenneth Burton |
| Defendants. | |

COURTROOM MINUTES

Hearing on Motions

4:05 p.m.   Court in session.

Interpreter sworn. Ms. Cahill is interpreting for all Defendants except Justin Skipski.

Discussion between the Court and counsel.

**ORDER:** First Motion for Discovery (Doc. 80) is granted.

**ORDER:** Motion for Discovery, Wiretap (Doc. 105) is granted.

**ORDER:** CJA request shall be filed within 10 days regarding the 500 gigabyte hard drive.

4:25 p.m.   Court in recess.
4:36 p.m.   Court in session.

Discussion between the Court and counsel.

**ORDER:** Second Motion for Discovery (Doc. 100) is granted as set forth on the record.

**ORDER:** Motion for Discovery, Generally (Doc. 104) is granted as set forth on the record.

**ORDER:** Salvador Delgadillo-Alvarez's Motion for Discovery (Doc. 94) is granted as set forth on the record.

**ORDER:** Government's witness list shall be produced 30 days before trial.

**ORDER:** Motion for Disclosure Pursuant to Rules 404(b) and 609 (Doc. 82) is granted.

**ORDER:** Salvador Delgadillo-Alverez's Motion for Discovery of 404b Evidence (Doc. 99) is granted.

**ORDER:** Request for Pretrial Notice of 404(b) Evidence (Doc. 103) granted.

**ORDER:** Government shall produce material sought to be offered under Rule 404(b) six weeks prior to trial.

**ORDER:** Motion to Disclose and Produce *Brady* (Exculpatory) Material (Doc. 83) is granted.

**ORDER:** By January 30, 2010, the Government shall tender to Defendants the statements it seeks to admit under Rule 801(d)(2)(E). Objections shall be filed by March 1, 2010.

**ORDER:** Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements

(Doc. 84) and Slavador Delgadillo-Alvarez's Motion for Discovery of Statements of All Alleged Co-Conspirators or Accomplices (Doc. 97) are granted as set forth on the record.

**ORDER:** The following motions are granted consistent with the understanding of the parties:

1. Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc. 85);

2. Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc. 88);

3. Salvador Delgadillo-Alvarez's Motion for Discovery of Presentence Reports of Witnesses (Doc. 91); and

4. Salvador Delgadillo-Alvarez's Motion for Disclosure of the Existence and Substance of Any Promises of Immunity or Leniency Granted to any Person (Doc. 92).

**ORDER:** The following motions are granted subject to the understanding of the parties:

1. Motion to Disclose Confidnetial Informants (Doc. 87); and

2. Salvador Delgadillo-Alvarez's Motion for Disclosure of All Infomation Regarding Confidential Informants (Doc. 95).

**ORDER:** Request for Notice of Intent to Call Expert Witnessesand Discovery Pursuant to Rules 702, 703 or 705, F.R.E., and16 (a)(1)(D) and (E), Fed.R.Crim.P. (Doc. 89) and Salvador Delgadillo-Alvarez's Motion for Discovery of All Information Regarding Government Experts (Doc. 93) are granted.  By March 1, 2010, the Government shall disclose expert opinions in accordance with Rule 16.  By March 15, 2010, Defendants shall disclose any expert opinions in accordance with Rule 16.  All information necessary to admit the opinions under Rule 702 must be disclosed.

**ORDER**: Rule 702 motions as to the Government's experts shall be filed by March 22, 2010, and Rule 702 motions as to Defendants' experts shall be filed by March 26, 2010.

**ORDER**: Salvador Delgadillo-Alvarez's Motion for Impeaching Information (Doc. 96) is granted.

| | |
|---|---|
| **ORDER**: | Defendant's Motion for Rule 806 Impeachment Evidence (Doc. 102) is granted. |
| **ORDER**: | Salvador Delgadillo-Alvarez's Motion for Discovery (Doc. 98) is granted. |
| **ORDER**: | Third Motion for Discovery (Related to "Project Coronado" and "La Familia") (Doc. 86) is denied as set forth on the record. |
| **ORDER:** | Motions, other than wire tap motions, shall be filed by January 20, 2010, and responses are due February 3, 2010.  Wire tap motions shall be filed by February 12, 2010, and responses are due February 26, 2010. |
| **ORDER**: | Salvador Delgadillo's Motion to Obtain Dental Services (Doc. 106) is granted. |
| **ORDER:** | Defendants on bond shall remain on bond subject to the imposed conditions and Defendants who are detained are remanded to the custody of the United States Marshal. |
| 5:16 p.m. | Court in recess. |

Time: 1:00
Hearing concluded.